# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| ALCIDES VALLADARES PERLA,<br><br>                Plaintiff,<br>     v.<br><br>DMG ASSET MANAGEMENT LLC,<br><br>                Defendant.<br>_____/ | No. C 13-2034 MEJ<br><br>**ORDER TO SHOW CAUSE** |

This case is currently scheduled for a Case Management Conference on August 1, 2013. However, Plaintiff Alcides Valladares Perla has failed to cooperate with Defendant's counsel to complete a joint statement and failed to file any statement by the July 25, 2013 deadline. Plaintiff has made no appearance in this matter since filing the Complaint on May 2, 2013. Accordingly, the Court hereby VACATES the August 1, 2013 Case Management Conference and ORDERS Plaintiff Alcides Valladares Perla to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by August 12, 2013. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on August 22, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: July 29, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALCIDES VALLADARES PERLA,    No. C 13-02034 MEJ

          Plaintiff(s),    **CERTIFICATE OF SERVICE**

  v.

DMG ASSET MANAGEMENT LLC,

          Defendant(s).
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alcides Valladares Perla
1710 Quint Street
San Francisco, CA 94124

Dated: July 29, 2013

                                Richard W. Wieking, Clerk
                                By: Rose Maher, Deputy Clerk