UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCIDES VALLADARES PERLA,<br><br>    Plaintiff,<br><br>    v.<br><br>DMG ASSET MANAGEMENT,<br><br>    Defendant. | Case No.  13-cv-02034-MEJ<br><br>**ORDER DIRECTING PARTIES TO FILE STATUS REPORT BY MAY 15, 2014** |

Plaintiff filed this lawsuit on May 2, 2013.  Dkt. No. 1.  Pursuant to the Case Management Scheduling Order, the dispositive motion deadline was April 3, 2014.  Dkt. No. 26.  The parties did not file any dispositive motions, and there has been no other activity in this action. Accordingly, the Court ORDERS the parties to file a joint status report apprising the Court of the status of case and their compliance with the deadlines set forth in the Case Management Scheduling Order by May 19, 2014.

**IT IS SO ORDERED.**

Dated: May 7, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge