UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALCIDES VALLADARES PERLA,

    Plaintiff,

  v.

DMG ASSET MANAGEMENT,

    Defendant.

Case No. 13-cv-02034-MEJ

**ORDER TO SHOW CAUSE**

Plaintiff Alcides Valladares Perla filed this lawsuit on May 2, 2013. Dkt. No. 1. Pursuant to the Case Management Scheduling Order, the dispositive motion deadline was April 3, 2014. Dkt. No. 26. As the parties did not file any dispositive motions, and there had been no other activity in this action, the Court ordered the parties to file a joint status report apprising the Court of the status of case and their compliance with the deadlines set forth in the Case Management Scheduling Order by May 19, 2014. Dkt. No. 27. No response has been filed. Accordingly, the Court hereby ORDERS Plaintiffs Alcides Valladares Perla to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by June 5, 2014. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on June 19, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: May 22, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCIDES VALLADARES PERLA,<br><br>  Plaintiff,<br><br>  v.<br><br>DMG ASSET MANAGEMENT,<br><br>  Defendant. | Case No.  13-cv-02034-MEJ<br><br>**CERTIFICATE OF SERVICE** |

  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

  That on 5/22/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alcides Valladares Perla
1710 Quint Street
San Francisco, CA 94124

Dated: 5/22/2014

              Richard W. Wieking
              Clerk, United States District Court

              By:_____
              Chris Nathan, Deputy Clerk to the
              Honorable MARIA-ELENA JAMES